| Clerk's Use Only |
|---|
| Initial for fee pd.: |

DANIEL M. ABUHOFF (pro hac vice pending)
dabuhoff@debevoise.com
HARRY ZIRLIN (pro hac vice pending)
hzirlin@debevoise.com
WILLIAM C. WEEKS (pro hac vice pending)
wweeks@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: 212-909-6381

**FILED**
SEP 1 4 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Center for Food Safety, et al.

Plaintiff(s),

v.

Thomas J. Vilsack, et al.

Defendant(s).

CASE NO. CV 10-4038 SBA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Harry Zirlin, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Betaseed, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

W. Allan Edmiston, Loeb & Loeb LLP, 10100 Santa Monica Blvd., Los Angeles, CA 90067; (310) 282-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Sept. 14, 2010



# PROOF OF SERVICE

I, Cathy Roybal, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On September 14, 2010, I served a true copy of the **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** on the parties in this cause as follows:

[X] (VIA U.S. MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

**[SEE ATTACHED SERVICE LIST]**

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 14, 2010, at Los Angeles, California.

/s/ Cathy Roybal
Cathy Roybal

## SERVICE LIST

| | |
|---|---|
| George A Kimbrell (pro hac vice application pending)<br>Paige M. Tomaselli<br>Kateryna L. Rakowsky<br>Center for Food Safety<br>2601 Mission Street, Suite 803<br>San Francisco, CA 94110<br>Telephone: (415) 826-2770<br>Facsimile: (415) 826-0507<br>gkimbrell@icta.org<br>ptomaselli@icta.org<br>kateryna@icta.org | Paul H. Achitoff (pro hac vice application pending)<br>Earthjustice<br>223 South King Street, Suite 400<br>Honolulu, HI 96813-4501<br>Telephone: (808) 599-2436<br>Facsimile: (808) 521-6841<br>pachitoff@earthjustice.org |