RECEIVED
2010 SEP -9 A 10: 48
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 16 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

SBA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., ) | Case No.: |
| Plaintiffs, ) | CV10 4038 |
| vs. ) | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| THOMAS J. VILSACK, et al., ) | |
| Defendants. ) | |

George Andreas Kimbrell, whose business address and telephone number is:

Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
(415) 826-2770

and who is an active member in good standing of the bar of the Supreme Court of the State of Washington having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

[PROPOSED] Order Granting Application for Admission of Attorney *Pro Hac Vice*

1  Dated: 9/16/10                             *Saundra B. Armstrong*
2                                              United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28