1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RECEIVED
2010 SEP -9 A 10: 49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

FILED

SEP 16 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR FOOD SAFETY, *et al.*,

    Plaintiffs,

vs.

THOMAS J. VILSACK, *et al.*,

    Defendants.

CV 10    4038 SBA

[PROPOSED]
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Paul H. Achitoff, whose business address and telephone number is:

Earthjustice
223 South King Street, Suite 400, Honolulu, HI 96813
(808) 599-2436

and who is an active member in good standing of the bar of the Supreme Court of the State of Hawaii having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

[PROPOSED] Order Granting Application for Admission of Attorney *Pro Hac Vice*

1   Dated:   9/16/10                                  *Saundra B Armstrong*
                                          _____
2                                          United States District Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] Order Granting Application for Admission of Attorney *Pro Hac Vice*

2