David J. Lazerwitz (State Bar No. 221349)
 dlazerwitz@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Nancy S. Bryson (DC Bar No. 913673)
 (Pro Hac Vice pending)
 nbryson@hollandhart.com
Alison Suthers (DC Bar No. 995789)
 (Pro Hac Vice pending)
 amsuthers@hollandhart.com
Holland & Hart LLP
975 F Street, N.W., Suite 900
Washington, D.C. 20004
Telephone: (202) 654-6921
Facsimile: (202) 747-6567

Attorneys for Proposed Defendant-Intervenor
SYNGENTA SEEDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, ORGANIC SEED ALLIANCE, SIERRA CLUB, and HIGH MOWING ORGANIC SEEDS,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of State of the United States Department of Agriculture; and CINDY SMITH, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants,<br><br>And<br><br>SYNGENTA SEEDS, INC.,<br><br>Proposed Defendant-Intervenor. | Case No. C 10-04038 SBA<br><br>**RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR PROPOSED INTERVENOR-DEFENDANT SYNGENTA SEEDS, INC.** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RULE 7.1 DISCLOSURE STATEMENT AND CIVIL
LOCAL RULE 3-16 CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO. C 10-04038 SBA

24362\2372439.1

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Proposed Defendant-Intervenor Syngenta Seeds, Inc. ("Syngenta") and the undersigned counsel for Syngenta certifies that the following is its parent corporation(s) or publicly held corporation(s) which owns 10% or more of its stock:

- Syngenta Corporation (incorporated in Delaware)

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, Syngenta and the undersigned counsel certifies that as of this date the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Syngenta Corporation (has a financial interest in Proposed Intervenor-Defendant Syngenta Seeds, Inc.)
- Seeds JV CV B.V. (Dutch limited partnership) (has a financial interest in Proposed Intervenor-Defendant Syngenta Seeds, Inc.)
- Syngenta Participations AG (incorporated in Switzerland) (has a financial interest in Proposed Intervenor-Defendant Syngenta Seeds, Inc.)
- Syngenta AG (incorporated in Switzerland) (has a financial interest in Proposed Intervenor-Defendant Syngenta Seeds, Inc.)

Dated: September 17, 2010          FARELLA BRAUN + MARTEL LLP

                                                          By: /s/
                                                               David J. Lazerwitz

Dated: September 17, 2010          HOLLAND & HART LLP

                                                          By: /s/
                                                                Nancy S. Bryson (Pro Hac Vice pending)

                                                               Attorneys for Proposed Defendant-Intervenor
                                                               SYNGENTA SEEDS, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C 10-04038 SBA

- 2 -

24362\2372439.1